**Denied and Opinion Filed July 20, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00590-CV

### IN RE JONATHAN RUTE, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

In his July 15, 2021 amended petition for writ of mandamus and request for emergency relief, relator contends that the trial court abused its discretion by (1) concluding that he waived his privileges and privacy rights regarding certain emails; and (2) ordering *in camera* review of those emails. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude that relator has failed to show his entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus, and deny the request for emergency relief as moot.

/Craig Smith/

210590f.p05

CRAIG SMITH
JUSTICE